CGFD33 (10/01/16)



ORDERED in the Southern District of Florida on August 26, 2021



**Peter D. Russin**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 20–22809–PDR**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jessica Cain
1400 Saint Charles Pl Apt 609
Hollywood, FL 33026

SSN: xxx–xx–8284

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Robin R Weiner, having filed a final report, is discharged and this case is closed.

# # #